UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KURT STOKINGER and JANELLA STOKINGER,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARMSLIST, LLC,<br><br>    Defendant. | Civil Action No: 1:23-CV-00428-PB |

**DEFENDANT ARMSLIST'S DISCLOSURE STATEMENT – LOCAL RULE 7.1.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of this Court's Local Rules, Defendant Armslist, LLC ("Armslist"), by and through counsel, McLane Middleton, Professional Association, provides the following disclosure statement:

Armslist is a Pennsylvania Limited Liability Company ("Armslist"), headquartered at 616 Magee Ave, Jeannette, Pennsylvania, 15644. Armslist has no parent corporation, and no publicly held corporation owning 10% or more membership or stock interest in Armslist. In addition, Armslist does not have any merger agreements with any entity, including any publicly held corporations.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ARMSLIST, LLC |
| Date: November 10, 2023 | By its counsel, |
|  | McLANE MIDDLETON PROFESSIONAL ASSOCIATION |

By:     */s/ Mark C. Rouvalis*
Mark C. Rouvalis, NH Bar No. 6565
Joseph A. Foster, NH Bar No. 838
Andrew R. Hamilton, NH Bar No. 265245
McLANE MIDDLETON,
PROFESSIONAL ASSOCIATION
900 Elm Street
Manchester, NH 03101
Telephone (603) 625-6464
joe.foster@mclane.com
mark.rouvalis@mclane.com
andrew.hamilton@mclane.com

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of November, 2023, the foregoing Corporate Disclosure Statement was filed with the Clerk of Court and all counsel of record for Plaintiffs using CM/ECF system.

                                                  */s/ Mark C. Rouvalis*
                                                  Mark C. Rouvalis, Esq.