# EXHIBIT F

# 1884CV03236 Stokinger, Kurt et al vs. Armslist LLC et al

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 10/18/2018
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Negligence - Personal Injury / Property Damage
- Status Date:
- 11/01/2022
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Event | Tickler | Docket | Disposition |

## Party Information

**Stokinger, Kurt**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | - Attorney |
|  | - Mulvey, Esq., Elizabeth Nevins |
|  | - Bar Code |
|  | - 542091 |
|  | - Address |
|  | - Libby Hoopes Brooks and Mulvey<br>260 Franklin St<br>Suite 1920<br>Boston, MA  02110 |
|  | - Phone Number |
|  | - (617)338-9300 |

**More Party Information**

**Stokinger, Janella**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | - Attorney |
|  | - Mulvey, Esq., Elizabeth Nevins |
|  | - Bar Code |
|  | - 542091 |
|  | - Address |
|  | - Libby Hoopes Brooks and Mulvey<br>260 Franklin St<br>Suite 1920<br>Boston, MA  02110 |
|  | - Phone Number |
|  | - (617)338-9300 |

**More Party Information**

**Armslist LLC**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney |
|  | - Foster, Esq., Joseph A |
|  | - Bar Code |
|  | - 624860 |
|  | - Address |
|  | - McLane Middleton, Professional Association<br>900 Elm St<br>Box 326<br>Manchester, NH  03105 |
|  | - Phone Number |
|  | - (603)628-1175 |

- Attorney
- Hamilton, Esq., Andrew
- Bar Code
- 689343
- Address
- McLane Middleton, Professional Association
  300 TradeCenter
  Suite 7000
  Woburn, MA  01801-7419
- Phone Number
- (781)204-2706
- Attorney
- Rouvalis, Esq., Mark C
- Bar Code
- 552460
- Address
- McLane Middleton, Professional Association
  900 Elm St
  PO Box 326
  Manchester, NH  03105-0326
- Phone Number
- (603)625-6464
- Attorney
- Tassel, Esq., Neil S
- Bar Code
- 557943
- Address
- Law Office of Neil S. Tassel
  607 North Ave
  Suite 18 2nd Floor
  Wakefield, MA  01880
- Phone Number
- (617)227-2800

**More Party Information**

**Headley, Grant**
- Defendant

| Alias | Party Attorney |
|---|---|
|  |  |

**More Party Information**

**Johnson, Sara**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Pro Se<br>Bar Code<br>PROPER<br>Address<br>Phone Number |

**More Party Information**

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/19/2019 02:00 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Rule 12 Hearing | Ames, Hon. Mary K | Decision rendered |
| 07/29/2020 12:30 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Motion Hearing for Reconsideration | Brieger, Hon. Heidi | Decision rendered |
| 08/23/2021 02:00 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Rule 12 Hearing | Cowin, Hon. Jackie | Rescheduled |
| 10/14/2021 02:00 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Rule 12 Hearing |  | Rescheduled |
| 10/28/2021 02:00 PM | Civil F | BOS-10th FL, CR 1006 (SC) | Rule 12 Hearing |  | Decision rendered |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service |  | 10/18/2018 | 01/16/2019 | 90 |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Answer | 10/18/2018 | 02/15/2019 | 120 | |
| Rule 12/19/20 Served By | 10/18/2018 | 02/15/2019 | 120 | 11/01/2022 |
| Rule 12/19/20 Filed By | 10/18/2018 | 03/18/2019 | 151 | 11/01/2022 |
| Rule 12/19/20 Heard By | 10/18/2018 | 04/16/2019 | 180 | 11/01/2022 |
| Rule 15 Served By | 10/18/2018 | 02/15/2019 | 120 | 11/01/2022 |
| Rule 15 Filed By | 10/18/2018 | 03/18/2019 | 151 | 11/01/2022 |
| Rule 15 Heard By | 10/18/2018 | 04/16/2019 | 180 | 11/01/2022 |
| Discovery | 10/18/2018 | 08/14/2019 | 300 | 11/01/2022 |
| Rule 56 Served By | 10/18/2018 | 09/13/2019 | 330 | 11/01/2022 |
| Rule 56 Filed By | 10/18/2018 | 10/15/2019 | 362 | 11/01/2022 |
| Final Pre-Trial Conference | 10/18/2018 | 02/10/2020 | 480 | 11/01/2022 |
| Judgment | 10/18/2018 | 10/19/2020 | 732 | 11/01/2022 |
| Under Advisement | 09/19/2019 | 10/19/2019 | 30 | 03/13/2020 |
| Under Advisement | 10/28/2021 | 11/27/2021 | 30 | 12/14/2021 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/18/2018 | Attorney appearance<br>On this date Elizabeth Nevins Mulvey, Esq. added for Plaintiff Kurt Sstokinger | | |
| 10/18/2018 | Attorney appearance<br>On this date David W Suchecki, Esq. added for Plaintiff Kurt Sstokinger | | |
| 10/18/2018 | Attorney appearance<br>On this date Elizabeth Nevins Mulvey, Esq. added for Plaintiff Janella Stokinger | | |
| 10/18/2018 | Attorney appearance<br>On this date David W Suchecki, Esq. added for Plaintiff Janella Stokinger | | |
| 10/18/2018 | Case assigned to:<br>DCM Track F - Fast Track was added on 10/18/2018 | | |
| 10/18/2018 | Original civil complaint filed. | 1 | Image |
| 10/18/2018 | Civil action cover sheet filed.<br><br>(120.000) (trk) | 2 | Image |
| 10/18/2018 | Demand for jury trial entered. | | |
| 10/18/2018 | Amended: First amended complaint filed by Kurt Stokinger, Janella Stokinger and Jury Demand | 3 | Image |
| 10/24/2018 | Kurt Stokinger, Janella Stokinger's  MOTION for appointment of Special Process Server. and Order of Appointment of Frank Passant of Oakmont, Pennsylvania, and/or any of his employees or servants | 4 | |
| 10/30/2018 | Endorsement on Motion for  (#4.0): ALLOWED<br>Plaintiff's Motion for Appointment of Special Process Server and Order of Appointment. Allowed (10/26/18). Notice sent 10/29/18<br><br>Judge: Brieger, Hon. Heidi | | Image |
| 11/21/2018 | Service Returned for<br>Defendant Headley, Grant: Service made in hand; | 5 | Image |
| 12/12/2018 | Service Returned for<br>Defendant Johnson, Sara: Service made in hand; | 6 | Image |
| 12/24/2018 | General correspondence regarding Request for Extension of Time to Obtain Counsel<br><br>Applies To: Johnson, Sara (Defendant) | | |
| 12/24/2018 | Attorney appearance<br>On this date Pro Se added for Defendant Sara Johnson | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/22/2019 | Amended Complaint, returned SERVED 1/08/19;agent/person in charge through private investigator: Frank Passant; Affidavit of service<br><br>Applies To: Armslist LLC (Defendant) | 7 | Image |
| 01/28/2019 | Defendant Armslist LLC's Assented to Motion to Enlarge Deadline to Answer or Otherwise Plead | 8 | |
| 01/28/2019 | Attorney appearance<br>On this date Joseph A Foster, Esq. added for Defendant Armslist LLC | | |
| 01/28/2019 | Attorney appearance<br>On this date Andrew Hamilton, Esq. added for Defendant Armslist LLC | | |
| 01/28/2019 | Attorney appearance<br>On this date Neil S Tassel, Esq. added for Defendant Armslist LLC | | |
| 01/31/2019 | Attorney appearance<br>On this date Karl A Groskaufmanis, Esq. dismissed/withdrawn for Defendant Armslist LLC | | |
| 01/31/2019 | Attorney appearance<br>On this date Mark C Rouvalis, Esq. added for Defendant Armslist LLC | | |
| 02/22/2019 | Endorsement on Motion to Enlarge Deadline to Answer or Otherwise Plead (#8.0): ALLOWED<br>Defendants shall file their answer on or before March 29, 2019 (dated 2/19/19) notice sent 2/22/19 | | Image |
| 06/18/2019 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  06/18/2019 15:57:20 | | |
| 06/18/2019 | Defendant Armslist LLC's Motion to dismiss due to lack of personal jurisdiction | 9 | |
| 06/18/2019 | Defendant Armslist LLC's Motion to dismiss claims barred by Communications Decency Act | 10 | |
| 06/18/2019 | Declaration of Jonathan Gibbon in Support of Motion to Dismiss | 11 | |
| 06/18/2019 | Kurt Stokinger, Janella Stokinger's Memorandum of Law in Opposition to Defendant Armslist, LLC's Motion to Dismiss due to lack of personal jurisdiction or, in the alternative, in support of Plaintiffs' Cross-Motion for Leave to Take Jurisdictional Discovery | 12 | |
| 06/18/2019 | Kurt Stokinger, Janella Stokinger's Memorandum of Law in Opposition to Defendant Armslist LLC's Motion to Dismiss claims allegedly barred by the Communications Decency Act | 13 | |
| 06/18/2019 | Declaration of Elizabeth N. Mulvey in Opposition to Defendant's Motion to Dismiss due to lack of personal jurisdiction or, in the alternative, in support of Plaintiffs' Cross-Motion for Leave to take Jurisdictional Discovery | 14 | |
| 06/18/2019 | Defendant Armslist LLC's Reply in Support of Motion to Dismiss due to lack of personal jurisdiction | 15 | |
| 06/18/2019 | Defendant Armslist LLC's Reply in Support of Motion to Dismiss Claims barred by Communications Decency Act | 16 | |
| 06/18/2019 | Armslist LLC's Memorandum in opposition to Plaintiffs' Cross-Motion for leave to take jurisdictional discovery | 17 | |
| 06/18/2019 | Plaintiffs Kurt Stokinger, Janella Stokinger's Reply, Memorandum of Law in further support of Plaintiffs' Cross-Motion for leave to take jurisdictional discovery | 18 | |
| 06/19/2019 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  06/19/2019 10:42:14 | | |
| 09/19/2019 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>          09/19/2019 02:00 PM<br>Has been: Held - Under advisement<br>Hon. Heidi Brieger, Presiding<br>Staff:<br>          Anh T Bungcayao, Assistant Clerk Magistrate | | |
| 12/02/2019 | General correspondence regarding letter to the court in reference to the Supreme Court's recent decision in Daniel V. Armlist; | 19 | Image |
| 04/28/2020 | MEMORANDUM & ORDER:<br><br>on Armslist LLC's Motion to Dismiss:   It is hereby ORDERED that the defendant Armslist LLC's Motion to Dismiss is ALLOWED | 20 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Judge: Brieger, Hon. Heidi<br><br>(see P#20 for full decision) (dated 4/13/20) notice sent 4/28/20 | | |
| 06/12/2020 | Plaintiffs Kurt Stokinger, Janella Stokinger's Motion for separate and final judgment | 21 | Image |
| 06/12/2020 | Armslist LLC's Memorandum<br>in Partial Opposition to Plaintiffs' Motion for Entry of Separate and Final Judgment (P#21) | 22 | Image |
| 06/16/2020 | Defendant Armslist LLC's Motion for<br>Partial Reconsideration (with opposition) | 23 | Image |
| 07/17/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 07/17/2020 15:50:26 | | |
| 07/29/2020 | Matter taken under advisement: Motion Hearing for Reconsideration scheduled on:<br>          07/29/2020 12:30 PM<br>Has been: Held - Under advisement<br>Hon. Heidi Brieger, Presiding<br>Staff:<br>          Anh T Bungcayao, Assistant Clerk Magistrate | | |
| 08/07/2020 | Plaintiffs Kurt Stokinger, Janella Stokinger's Motion for<br>Leave to File Supplemental Brief | 24 | Image |
| 08/13/2020 | Defendant Armslist LLC's Motion to<br>Disregard Plaintiffs' Supplemental Brief | 25 | Image |
| 08/18/2020 | Opposition to Plaintiffs' Supplemental Brief filed by Armslist LLC | 26 | Image |
| 10/19/2020 | Endorsement on Motion for Partial Reconsideration (#23.0): DENIED<br>after a hearing and careful consideration of the parties' written submissions, the court concludes that the current record fails for establish jurisdiction in Massachusetts. the plaintiffs have requested jurisdictional discovery and that is appropriate here. accordingly, plaintiff's cross motion for jurisdictional discovery is ALLOWED. given the current public health crisis, plaintiff's are permitted six (6) months for discovery, unless the parties agree jointly on less time. Armslist's motion for reconsideration is DENIED without prejudice.<br><br>(dated 10/8/20)  notice sent 10/15/20 | | Image |
| 12/02/2020 | Plaintiff Kurt Stokinger, Janella Stokinger's Motion for<br>Letter Rogatory | 27 | Image |
| 12/29/2020 | Endorsement on Motion for Letter Rogatory (#27.0): ALLOWED<br>(date (12/15/20)  Allowed    Notice 12/24/20 | | Image |
| 12/29/2020 | Letters Rogatory<br><br>Notice Sent 12/24/20<br><br>Judge: Brieger, Hon. Heidi | 28 | Image |
| 07/06/2021 | Defendant Armslist LLC's Motion for<br>reconsideration to dismiss the case for lack of personal jurisdiction *with memorandum of  law in support thereof. (w/ opposition) | 29 | Image |
| 07/06/2021 | Kurt Stokinger's Memorandum in opposition to<br>motion to dismiss the complaint for lack of personal jurisdiction | 30 | Image |
| 07/27/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 07/27/2021 11:15:33<br>Notice Sent To:  Elizabeth Nevins Mulvey, Esq. Crowe and Mulvey LLP 77 Franklin St, Boston, MA 02110<br>Notice Sent To:  David W Suchecki, Esq. Crowe and Mulvey LLP 77 Franklin St 3rd Floor, Boston, MA 02110<br>Notice Sent To:  Joseph A Foster, Esq. McLane Middleton, Professional Association 900 Elm St Box 326, Manchester, NH 03105<br>Notice Sent To:  Andrew Hamilton, Esq. McLane Middleton, Professional Association 300 TradeCenter Suite 7000, Woburn, MA 01801-7419<br>Notice Sent To:  Neil S Tassel, Esq. Law Office of Neil S. Tassel 607 North Ave Suite 18 2nd Floor, Wakefield, MA 01880<br>Notice Sent To:  Mark C Rouvalis, Esq. McLane Middleton, Professional Association 900 Elm St PO Box 326, Manchester, NH 03105-0326 | | |
| 08/12/2021 | Plaintiff Kurt Stokinger, Janella Stokinger's Assented to Motion to continue Rule 12 Hearing | 31 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 08/18/2021 | Event Result:: Rule 12 Hearing scheduled on:<br>    08/23/2021 02:00 PM<br>Has been: Rescheduled    For the following reason: Joint request of parties<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>    Anh T Bungcayao, Assistant Clerk Magistrate<br>    Beatriz E Van Meek, Assistant Clerk Magistrate | | |
| 08/19/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 08/19/2021 09:10:40<br>Notice Sent To: Elizabeth Nevins Mulvey, Esq. Crowe and Mulvey LLP 77 Franklin St, Boston, MA 02110<br>Notice Sent To: David W Suchecki, Esq. Crowe and Mulvey LLP 77 Franklin St 3rd Floor, Boston, MA 02110<br>Notice Sent To: Joseph A Foster, Esq. McLane Middleton, Professional Association 900 Elm St Box 326, Manchester, NH 03105<br>Notice Sent To: Andrew Hamilton, Esq. McLane Middleton, Professional Association 300 TradeCenter Suite 7000, Woburn, MA 01801-7419<br>Notice Sent To: Neil S Tassel, Esq. Law Office of Neil S. Tassel 607 North Ave Suite 18 2nd Floor, Wakefield, MA 01880<br>Notice Sent To: Mark C Rouvalis, Esq. McLane Middleton, Professional Association 900 Elm St PO Box 326, Manchester, NH 03105-0326 | | |
| 08/19/2021 | Endorsement on Motion to continue / reschedule an event Rule 12 hearing (Assented-to) (#31.0): ALLOWED | | Image |
| 08/26/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 08/26/2021 15:57:17<br>Notice Sent To: Elizabeth Nevins Mulvey, Esq. Crowe and Mulvey LLP 77 Franklin St, Boston, MA 02110<br>Notice Sent To: David W Suchecki, Esq. Crowe and Mulvey LLP 77 Franklin St 3rd Floor, Boston, MA 02110<br>Notice Sent To: Joseph A Foster, Esq. McLane Middleton, Professional Association 900 Elm St Box 326, Manchester, NH 03105<br>Notice Sent To: Andrew Hamilton, Esq. McLane Middleton, Professional Association 300 TradeCenter Suite 7000, Woburn, MA 01801-7419<br>Notice Sent To: Neil S Tassel, Esq. Law Office of Neil S. Tassel 607 North Ave Suite 18 2nd Floor, Wakefield, MA 01880<br>Notice Sent To: Mark C Rouvalis, Esq. McLane Middleton, Professional Association 900 Elm St PO Box 326, Manchester, NH 03105-0326 | | |
| 08/27/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 08/27/2021 11:46:51<br>Notice Sent To: Kurt Stokinger No addresses available | | |
| 08/27/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 08/27/2021 11:47:48<br>Notice Sent To: Elizabeth Nevins Mulvey, Esq. Crowe and Mulvey LLP 77 Franklin St, Boston, MA 02110 | | |
| 08/31/2021 | Event Result:: Rule 12 Hearing scheduled on:<br>    10/14/2021 02:00 PM<br>Has been: Rescheduled    For the following reason: By Court prior to date<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>    Anh T Bungcayao, Assistant Clerk Magistrate | | |
| 09/02/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 09/02/2021 11:31:44<br>Notice Sent To: Elizabeth Nevins Mulvey, Esq. Crowe and Mulvey LLP 77 Franklin St, Boston, MA 02110<br>Notice Sent To: David W Suchecki, Esq. Crowe and Mulvey LLP 77 Franklin St 3rd Floor, Boston, MA 02110<br>Notice Sent To: Joseph A Foster, Esq. McLane Middleton, Professional Association 900 Elm St Box 326, Manchester, NH 03105<br>Notice Sent To: Andrew Hamilton, Esq. McLane Middleton, Professional Association 300 TradeCenter Suite 7000, Woburn, MA 01801-7419<br>Notice Sent To: Neil S Tassel, Esq. Law Office of Neil S. Tassel 607 North Ave Suite 18 2nd Floor, Wakefield, MA 01880<br>Notice Sent To: Mark C Rouvalis, Esq. McLane Middleton, Professional Association 900 Elm St PO Box 326, Manchester, NH 03105-0326 | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/28/2021 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>    10/28/2021 02:00 PM<br>Has been: Held - Under advisement<br>Hon. Janet L Sanders, Presiding<br>Staff:<br>    Anh T Bungcayao, Assistant Clerk Magistrate | | |
| 12/14/2021 | Party status:<br>Defendant Armslist LLC: Dismissed by Court Order; | | |
| 12/28/2021 | Endorsement on Motion for Partial Reconsideration to Dismiss the Case for Lack of Prosecution (#29.0): ALLOWED<br>See Memorandum of Decision (dated 12/14/21) Notice sent 12/24/21 | | Image |
| 12/28/2021 | MEMORANDUM & ORDER:<br><br>on Armslist LLC's Renewed Motion for Partial Reconsideration to Dismiss the Case for Lack of Personal Jurisdiction: The motion is ALLOWED. The claims against Armslist are hereby DISMISSED with prejudice<br><br>Judge: Sanders, Hon. Janet L<br><br>(see P#32 for full decision and order) (dated 12/14/21) notice sent 12/24/21 | 32 | Image |
| 01/11/2022 | Attorney appearance<br>On this date David W Suchecki, Esq. dismissed/withdrawn for Plaintiff Kurt Stokinger | | |
| 01/11/2022 | Attorney appearance<br>On this date David W Suchecki, Esq. dismissed/withdrawn for Plaintiff Janella Stokinger | | |
| 09/23/2022 | ORDER sent for Status Review, if notice is not received by 10/24/2022 the complaint will be dismissed.<br><br>Judge: Cowin, Hon. Jackie | | |
| 11/01/2022 | JUDGMENT of dismissal, Kurt Stokinger, Janella Stokinger failed to comply with an ORDER after review of the Docket dated 09/23/2022.<br>It is ORDERED and ADJUDGED: Plaintiff's Complaint is hereby DISMIISED without prejudice<br>entered on docket pursuant to Mass R Civ P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d) | 33 | Image |
| 11/01/2022 | Attorney appearance electronically filed. | | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Dismissed | 11/01/2022 | |

For Land Court only: Name search is currently unavailable. Case type and case number searches are available. For a Land Court name search, contact the Land Court Recorder's Office at 617-788-7470. We apologize for the inconvenience. ✖