UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KURT STOKINGER and JANELLA STOKINGER,<br><br>  Plaintiffs,<br><br>v.<br><br>ARMSLIST, LLC,<br><br>  Defendant. | Civil Action No: 1:23-cv-00428-PB-TSM |

### DECLARATION OF BRIAN J. STANKIEWICZ

I, BRIAN J. STANKIEWICZ, declare as follows:

1. I am an associate at McDowell & Morrissette, P.A., counsel for Plaintiffs Kurt Stokinger and Janella Stokinger ("Plaintiffs" or the "Stokingers"), and submit this Declaration pursuant to the Court's instructions during oral argument on April 8, 2024.

2. Attached hereto as Exhibit A is a true and correct redacted copy of the Affidavit of Special Agent Daniel P. McPartlin in Support of an Application for a Search Warrant, filed in *In re Search of 112 Myrtle Street, Apt. 2B, Manchester, New Hampshire*, Index. No. 1:16-mj-00065, ECF No. 1-1. Plaintiffs' Complaint references paragraphs 26-34 of Special Agent McPartlin's Affidavit. *Compare* Ex. A ¶¶ 26-34, *with* Compl. ¶¶ 203-07, 217.

3. Attached hereto as Exhibit B is a true and correct copy of the Internet Firearms Sales: ATF Enforcement Efforts and Outcomes of GAO Covert Testing Report, GAO-18-24, issued by the United States Government Accountability Office, dated November 2017.

4. Attached hereto as Exhibit C is a true and correct copy of the Plea Agreement filed in *United States v. Sara Johnson*, Index No. 1:17-cr-00119-PB, ECF No. 21.

5. Plaintiffs further respectfully refer to the remaining filings in the action *United States v. Sara Johnson and Daniel Sullivan*, Index No. 1:17-cr-00119-PB, which reflect additional information regarding Ms. Johnson and Mr. Sullivan's conduct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Witness my hand and seal this 11th day of April, 2024.

                                                   */s/ Brian J. Stankiewicz*
Brian J. Stankiewicz, NH Bar No. 276345
McDowell & Morrissette, P.A.
282 River Road
Manchester, NH 03105
(603) 623-9300
bstankiewicz@mcdowell-morrissette.com

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

On this 11th day of April, 2024, before me, the undersigned officer, personally appeared the above-named Brian J. Stankiewicz, and took oath that the statements contained herein are true and correct to the best of his knowledge and belief.

Elizabeth A. Pinkos, Notary Public

ELIZABETH A. PINKOS, Notary Public
My Commission Expires July 15, 2025