**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

KURT STOKINGER and JANELLA STOKINGER,

        Plaintiffs,

    v.

ARMSLIST, LLC,

        Defendant.

Civil Action No.: 1:23-cv-00428-PB-TSM

**PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS TO ARMSLIST, LLC**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs Kurt Stokinger and Janella Stokinger (collectively, "Plaintiffs" or "Stokingers") hereby request that Defendant Armslist, LLC produce the following documents at the offices of Blank Rome LLP c/o McDowell & Morrissette, PA, 282 River Road, Manchester, NH 03105 for inspection and copying within thirty (30) days after service of these Document Requests.

**DEFINITIONS**

Unless the context indicates otherwise, the following definitions shall apply:

1.     "Armslist," "You," and "Your" refer to Defendant Armslist, LLC and any of its past or present corporate affiliates, divisions, subgroups, subsidiaries, predecessors, and successors-in-interest, and their current or former officers, directors, employees, members, partners, principals, agents, representatives, and/or other persons acting or purporting to act on behalf of Armslist, LLC, including but not limited to, any person retained by or under the direction or control of Armslist, LLC.

2.     "Armslist.com" refers to the website that exists at www.armslist.com, which is operated by Armslist.

1

3.      "Private Seller" refers to persons who have listed firearms for sale on Armslist.com who are listed as "private sellers" and/or do not have a federal firearms license.

4.      "Premium Personal" refers to individuals who purchased a "Premium Personal Plan" as advertised on Armslist.com.

5.      "Premium Vendor" refers to vendors who purchased a "Premium Vendor account" as advertised on Armslist.com.

6.      "Communication" or "communicate" means any e-mails, text messages, or other exchange of information, ideas, or meaning achieved by any process by which meanings are exchanged between persons through a common system of symbols or language, whether written, oral, or physical.

7.      "Document" is defined to include, but not be limited to, the usage of that term in Federal Rule of Civil Procedure 34(a)(1)(A), and any writings, drawings, graphs, charts, photographs, phono-records, and other data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably useable form, in Your possession, custody, and control.  The term also includes any information stored or reproducible electronically including, but not limited to, e-mail, copies or correspondence and other matters stored on any computer, compact disc or other device in Your possession, custody or control.  A draft or non-identical copy is a separate document within the meaning of this term.

8.      "Person" means any natural person or any business entity or any other legal entity.

9.      "Concerning" or "regarding" means evidencing, mentioning, memorializing, describing, constituting, containing, reflecting, summarizing, referring to, relating to, supporting, refuting, and/or purporting to evidence, mention, memorialize, describe, constitute, contain, reflect, summarize, refer to, relate to, support, refute, and/or in any way being relevant to, in whole

or in part, the subject matter referred to in the particular discovery request in which the term is used.

10.    "And" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these Requests any information which might otherwise be construed to be outside its scope.

11.    The words "any" and "all" shall be considered to include "each" and "each and every."

## **INSTRUCTIONS**

1.    Every Request for a document or documents to be produced requires production of the document, in its entirety, without abbreviation or alteration, and without redaction of any portions of the document.

2.    If any document is withheld under claim of privilege or work product, furnish a list identifying each document for which the privilege or work product is claimed, together with the following information for each such document: date, sender, recipient(s), persons to whom copies were furnished, job titles of each of these persons, subject matter of the documents, number of pages in the document, the bases on which the privilege or work product is claimed, the paragraph or paragraphs of the Request to which the document responds, the subject matter of the document and the person in whose custody the document is presently located, and whether any matter that is not privileged or not work product is discussed or mentioned in that document.

3.    If any document requested was, but is no longer, in your possession, custody, or control, or is no longer in existence:

   A.    state whether it is missing or lost;

   B.    state whether it has been destroyed;

3

C.    state whether it has been transferred, voluntarily or involuntarily, to others, and state the identity of those persons to whom it has been transferred;

D.    state whether it has been otherwise disposed of, and, in each instance, explain the circumstances surrounding such disposition, state the date or approximate date of the disposition, and the identity of the persons with knowledge of such circumstances;

E.    identify the writings that are missing, lost, destroyed, transferred, or otherwise disposed of, by author, date, subject matter, addressee, and number of pages;

F.    describe in detail the unsuccessful effort you made to locate the records; and

G.    if a Request seeks a specific document or an itemized category which is not in your possession, custody, or control, provide any documents you have that contain all or part of the information contained in the requested document or category.

4.    These are continuing Requests, and if additional documents or communications are received or discovered prior to the date of trial, a supplemental document production should be made as promptly and as long before trial as possible.

5.    Every Request shall be deemed to call for the production of the original document(s) and communication(s) to the extent that they are in or subject to, directly or indirectly, the control of the party to whom notice is directed.  In addition, each Request shall be considered to include all copies and, to the extent applicable, preliminary drafts of documents that differ in any respect from the original or final draft or from each other (e.g., by reason of differences in form or content or by reason of handwritten notes or comments having been added to one copy of the documents, but not to the original or other copies thereof).

6.      You shall produce any Electronically Stored Information ("ESI") in its native format, or as searchable, single-page Group IV .TIF files, and shall produce any and all metadata and load files associated with the produced ESI.

7.      Unless otherwise specified in a particular Request, the time period for these Requests is January 1, 2014 to September 12, 2023.

8.      If you do not clearly understand, or have any questions about, the definitions, instructions, or any Request, please contact counsel for the Stokingers promptly for clarification.

### REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:** All documents and communications concerning the number of users accessing Armslist.com from within New Hampshire, including but not limited to website traffic data, IP address records, user registration information, and analytics reports.

**REQUEST NO. 2**: All documents and communications concerning the number of listings for firearms for sale in New Hampshire, including all postings with the geographic tag "New Hampshire," posted on Armstlist.com.

**REQUEST NO. 3:** All documents and communications concerning or with actual, potential, and/or contemplated Private Sellers, Premium Personals, Premium Vendors, and/or third-party advertisers located in or offering sales within New Hampshire.

**REQUEST NO. 4:** All documents and communications concerning or reflecting payments for accounts, postings, or advertising on Armslist.com that reference any customer, individual, or entity using or associated with an address in New Hampshire.

**REQUEST NO. 5:** All documents and communications concerning any actual or potential transactions or contracts with any person or entity within New Hampshire, or regarding assets or resources located within New Hampshire.

**REQUEST NO. 6:** All documents and communications concerning actual, potential, and/or contemplated marketing and/or advertising by Armslist and/or on Armslist.com directed towards or viewable from New Hampshire.

**REQUEST NO. 7:** All documents and communications concerning discussions, plans, or strategies regarding increasing the sale of firearms or postings related to the actual or potential sale of firearms in New Hampshire.

**REQUEST NO. 8:** All documents and communications concerning any statements, instructions, or guidance provided to users on Armslist.com advising or suggesting that users create listings in the location where they or their items are "physically located."

**REQUEST NO. 9:** All documents and communications concerning how the search functionality on Armslist.com operated in the relevant time period, including whether there was a geographic-specific search option or a general keyword search that could return results based on geographic terms.

**REQUEST NO. 10:** All documents and communications concerning the geographic-based searching or filtering features on Armslist.com, including but not limited to documents and communications concerning the creation or use of such features to search for and/or filter results or listings within New Hampshire.

**REQUEST NO. 11:** All documents and communications concerning any contact or correspondence between Armslist and any local, state, or federal law enforcement or regulatory agency operating within New Hampshire, including, but not limited to, contact or correspondence regarding criminal investigations, certificates of incorporation, or taxation.

**REQUEST NO. 12:** All documents and communications concerning any firearm sold through or posted on Armslist.com being recovered in the course of a criminal investigation in

6

New Hampshire, including, but not limited to, any correspondence with any local, state, or federal law enforcement agencies within New Hampshire.

**REQUEST NO. 13:** All documents and communications regarding the use of Armslist.com by Derek McNamara, including all postings or transactions by Derek McNamara.

**REQUEST NO. 14:** All documents and communications regarding the use of Armslist.com by Sara Johnson, including all postings or transactions by Sara Johnson.

**REQUEST NO. 15:** All documents and communications regarding the use of Armslist.com by Daniel Sullivan, including all postings or transactions by Daniel Sullivan.

Dated: May 15, 2026

Respectfully submitted,

**MCDOWELL & MORRISSETTE, P.A.**

By: */s/ Brian J. Stankiewicz*
Mark D. Morrissette, Esq., NH Bar No. 10033
Brian J. Stankiewicz, Esq., NH Bar No. 276345
282 River Road
Manchester, NH 03105
(603) 623-9300
mmorrissette@mcdowell-morrissette.com
bstankiewicz@mcdowell-morrissette.com

**BRADY CENTER TO PREVENT GUN VIOLENCE**
Douglas N. Letter, Esq., DC Bar No. 253492
(admitted *pro hac vice*)
Erin Davis, Esq., NC Bar No. 36173
(admitted *pro hac vice*)
Jenna Tersteegen, Esq., NY Bar No. 5574405
(admitted *pro hac vice*)
840 First Street NE, Suite 400
Washington, DC 20005
(202) 370-8100
dletter@bradyunited.org
edavis@bradyunited.org
jklein@bradyunited.org

**BLANK ROME LLP**
John D. Kimball, Esq., NY Bar No. 1416031
(admitted *pro hac vice*)
Robyn L. Michaelson, Esq., NY Bar No. 5323944
(admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
john.kimball@blankrome.com
robyn.michaelson@blankrome.com

8

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2026, a true and correct copy of **Plaintiffs' Requests for Production of Documents to Armslist, LLC** was served by electronic mail on the following:

Mark C. Rouvalis
Joseph A. Foster
Andrew R. Hamilton
Min Ji (Stephanie) Nham
McLANE MIDDLETON PROFESSIONAL ASSOCIATION
900 Elm Street, P.O. Box 03105
Mark.rouvalis@mclane.com
Joe.foster@mclane.com
Andrew.hamilton@mclane.com
Stephanie.nham@mclane.com

*/s/ Brian J. Stankiewicz*
Brian J. Stankiewicz